# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Jean-Marie Truelle,<br><br>Debtor | Chapter 13<br><br>Bankruptcy No.26-10433-djb |

## ENTRY OF APPEARANCE

To the Clerk of Court:

      Please enter my appearance as counsel on behalf of the above-captioned debtor, Jean-Marie Truelle.

Dated:  February 16, 2026

        CIBIK LAW, P.C.
        Counsel for Debtors

        By: /s/ Michael A. Cibik
           Michael A. Cibik, Esquire
           Attorney ID #23110
           1500 Walnut Street, Suite 900
           Philadelphia, PA 19102
           215-735-1060
           cibik@cibiklaw.com