**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| In re: <br><br> JEAN-MARIE TRUELLE <br><br><br> Debtor(s), | Bankruptcy No: 26-10433 <br><br> Chapter: 13 <br><br> Judge: Honorable Derek J. Baker |
|---|---|

**ORDER GRANTING MOTION TO EXTEND TIME**

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to March 03, 2026.

DATE:

_____
Honorable Derek J. Baker
U. S. Bankruptcy Judge