*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Jean–Marie Truelle  )  Case No. 26–10433–djb
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2/3/29, 2/18/26, this case is hereby DISMISSED.

**Date: March 9, 2026**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2 – If Applicable
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities

Documents were due 3/03/2026.