United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10433-djb |
| Jean-Marie Truelle | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean-Marie Truelle, 1936 N 7th Street, Philadelphia, PA 19122-1553 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 10 2026 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 10 2026 00:24:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15100383 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2026 00:30:37 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 15100381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2026 00:30:42 | JPMorgan Chase Bank, P.O. Box 183164, Columbus OH 43218-3164 |
| 15110315 | | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2026 00:24:00 | NewRez LLC d/b/a Shellpoint Mortgage Ser, c/o NewRez LLC dba Shellpoint Mortgage S, PO BOX 10826, Greenville South Carolina 29603-0826 |
| 15102337 | + | Email/Text: RASEBN@raslg.com | Mar 10 2026 00:24:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15100382 | | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2026 00:24:00 | Newrez LLC, P.O. Box 10826, Greenville SC 29603-0826 |
| 15104270 | ^ | MEBN | Mar 10 2026 00:17:39 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: pdf900 | Total Noticed: 10 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2026             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING amps@manleydeas.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jean-Marie Truelle help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SHERRI DICKS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jean−Marie Truelle )   Case No. 26−10433−djb
)
)
   Debtor(s). )   Chapter: 13
)
)

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2/3/29, 2/18/26, this case is hereby DISMISSED.

**Date: March 9, 2026**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2 − If Applicable
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities

Documents were due 3/03/2026.